UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN GALEAS,

Plaintiffs,

-against-

1401 GRAND CONCOURSE LLC, 1401 GRAND
CONCOURSE ASSOCIATES LLC, DAVID
GREEN, and YONA ROTH,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2023__

22 Civ. 8510 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 13, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by February 13, 2023.  ECF No. 11.  That submission is now overdue. Accordingly, by **February 21, 2023**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 14, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge