UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/22/2023_
```

EDWIN GALEAS,

                Plaintiffs,

-against-

1401 GRAND CONCOURSE LLC, 1401 GRAND CONCOURSE ASSOCIATES LLC, DAVID GREEN, and YONA ROTH,

                Defendants.

22 Civ. 8510 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 14, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by February 21, 2023. ECF No. 31; *see also* ECF No. 11. On February 21, 2023, the parties submitted a joint letter but did not submit a proposed case management plan. ECF No. 32. That submission is now overdue. Accordingly, by **February 24, 2023**, the parties shall submit their proposed case management plan.

    SO ORDERED.

Dated: February 22, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge