

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2024

February 2, 2024

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

        Re: *Galeas v. 1401 Grand Concourse LLC, et al.*
        Civil Docket No.: 1:22-cv-08510-AT

Dear Judge Torres:

  We represent Plaintiff in the above-referenced matter. This letter is submitted to respectfully request a two-week extension from February 5, 2024 to <u>February 19, 2024</u>, to submit a revised letter and settlement agreement. The basis for this request is that our office is in the process of procuring an affidavit from the investigator's office concerning the expenses incurred in locating Plaintiff to proceed with this matter.

  We kindly thank Your Honor for your consideration of this request.

        Very truly yours,

        */s/ Matthew Madzelan*
        Matthew Madzelan, Esq.

GRANTED.

SO ORDERED.

Dated: February 5, 2024
    New York, New York

              _____
              ANALISA TORRES
              United States District Judge