UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN GALEAS,

                         Plaintiff,

-against-

1401 GRAND CONCOURSE LLC, 1401 GRAND CONCOURSE ASSOCIATES LLC, DAVID GREEN and YONA ROTH,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2024_

22 Civ. 8510 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 5, 2024, the Court granted the parties' request to file a revised letter and settlement agreement by February 19, 2024. ECF No. 48. That deadline has passed. Accordingly, by **February 28, 2024**, the parties shall file the revised letter and settlement agreement.

    SO ORDERED.

Dated: February 21, 2024
       New York, New York

ANALISA TORRES
United States District Judge